NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**STEPHANIE DIMASI,**
*Petitioner-Appellant*

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

2022-1854

Appeal from the United States Court of Federal Claims in No. 1:15-vv-01455-AOB, Judge Armando O. Bonilla.

**SUA SPONTE**

PER CURIAM.

**O R D E R**

The above-captioned appeal was submitted on the briefs on November 1, 2022. After considering the parties' submissions the Court finds it appropriate to appoint counsel to serve as Amicus Curiae in support of Stephanie DiMasi's appeal.

Accordingly,

It Is Ordered That:

(1) Joshua Kain Day and Ginger D. Anders of the law firm Munger Tolles & Olson LLP are appointed to serve jointly as Amicus Curiae in support of Stephanie DiMasi's appeal. The appointees serve as Amicus Curiae to perform the assigned task; they are not Ms. DiMasi's attorneys.

(2) The appointed Amicus Curiae counsel are directed to file entries of appearance within five business days from the date of this order.

(3) Amicus Curiae and the Secretary are directed to file briefs in accordance with the corrected Order issued December 19, 2022 [ECF No. 37].

For the Court

January 3, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court